No. 03–10806. CURRIE v. BLANKS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10809. COOKSON v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 03–10811. TOLBERT v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 03–10812. WILLIAMS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10814. HAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10815. HAMPTON v. RAMIREZ-PALMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10816. DICKENS v. FILION, SUPERINTENDENT, COXSACKIE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03–10818. HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10820. HUDAIR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–10821. AMAKER v. COOMBE ET AL. C. A. 2d Cir. Certiorari denied.

No. 03–10822. JOHNLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10823. PATAYAN SORIANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–10825. AMURE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–10826. MAYERS v. WHITE, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10827. JOHNSON v. GARCIA, WARDEN. C. A. 9th Cir. Certiorari denied.